COURTESY COPY

Peter A. Bellacosa (PB-2394)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendants
Research in Motion Limited and
Research in Motion Corporation*

Of Counsel:

Linda S. Resh
Craig D. Leavell
Jared Hedman
Ramya Ravindran
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

RECEIVED
JUL 6 2005
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

EATONI ERGONOMICS, INC.,

                Plaintiff,

v.

RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION,

                Defendants.

ECF CASE

**NOTICE OF MOTION**

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this **Memo Endorsement** is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.
Case No.: 05 CV 04393 (LTS) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/05

---

      PLEASE TAKE NOTICE that, upon the attached Declaration of Craig D. Leavell, sworn to on May 24, 2005, and the exhibit attached thereto, the Declaration of Brian Rivers, sworn to May 23, 2005, and the exhibits attached thereto, and the accompanying memorandum in support, the undersigned will move before the Honorable Laura T. Swain, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 40 Centre Street, New York, NY, for an order to dismiss, or in the alternative stay, this action pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim under the first-to-file doctrine.[1]

---

[1] RIM files this Motion in lieu of an Answer to Eatoni's complaint as permitted by Federal Rule of Civil Procedure 12.

Copies Faxed Atty/Dfts 7/8/05
Chambers of Judge Swain

Dated: May 25, 2005

*Peter A. Bellacosa*
Peter A. Bellacosa (PB 2394)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

Of Counsel:

Linda S. Resh
Craig D. Leavell
Jared Hedman
Ramya Ravindran
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

*Attorneys for Defendants*
*Research in Motion Limited and*
*Research in Motion Corporation*

The foregoing motion is granted to the extent that this action is stayed or transferred pending resolution of the motion to dismiss the Texas action. Counsel shall make a written report to the court on the status of the Texas action by September 16, 2005. The initial pretrial conference is adjourned pending further order of the Court.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

7/7/05

-2-