USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/05

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York  10022-4611

212 446-4800

www.kirkland.com



Peter A. Bellacosa
To Call Writer Directly:
212 446-4820
pbellacosa@kirkland.com

Facsimile:
212 446-4900
212 446-6460

August 8, 2005

**BY HAND**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

    Re:    Eatoni Ergonomics, Inc. v. Research In Motion Ltd. et al.
             05 CV 04393 (LTS)(FM) ("the New York Action")

             Research In Motion v. Eatoni Ergonomics, Case No. 05 CV 0851-K,
             (Pending in U.S. District Court for the Northern District of Texas, Dallas
             Division) ("the Texas Action")

Dear Judge Swain:

      We represent Research In Motion Limited and Research In Motion Corporation (collectively, "RIM"), in connection with its patent infringement litigation with Eatoni Ergonomics, Inc. ("Eatoni")

      Enclosed, please find a courtesy copy of an August 1, 2005 Order from Judge Kinkeade of the Northern District of Texas, Dallas Division denying Eatoni's Motion to Dismiss or Transfer Venue of that action to this Court.

      On July 25, 2005 (docket entry 20), this Court granted RIM's Motion to Stay this New York Action pending the Texas Court's decision as to whether the Texas Action would go forward.  In light of Judge Kinkeade's August 1 Order, RIM respectfully submits that the New York Action should be dismissed, without prejudice to Eatoni's right to proceed in the Texas Action.

Chicago        London        Los Angeles        Munich        San Francisco        Washington, D.C.

# KIRKLAND & ELLIS LLP

Honorable Laura Taylor Swain
August 8, 2005
Page 2

      We have discussed RIM's recommendation with counsel for Eatoni. Eatoni does not oppose the dismissal without prejudice of the New York Action.

                          Respectfully submitted,

                          *Peter A. Bella*

                          Peter A. Bellacosa (PB-2394)

PAB/th

Enclosure

cc:    Marilyn Neiman, Esq.
         Counsel for Eatoni Ergonomics, Inc.

*[Handwritten:]* The above-captioned New York action is dismissed without prejudice to Eatoni's right to proceed in the Texas action.

SO ORDERED.

*[Signature]* 8/22/2005
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE